FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-0100-TOR-1 |
| Plaintiff, | ORDER GRANTING MOTION FOR CHANGE IN RELEASE ADDRESS |
| vs. | ECF No. 35 |
| SERGIO BONILLA HENRIQUEZ, | |
| Defendant. | |

Before the Court is Defendant's Motion for Change in Release Address. ECF No. 35.  Defendant previously requested that he be released to reside while on pretrial supervision with his mother.  The Court denied this request due to concerns for the safety of the community, particularly the minor children of the family who rented the basement of his mother's home.  *See* ECF No. 19 at 2.  The Court released Defendant to a different address.  ECF No. 21.  Defendant now informs the Court that the family who previously rented the basement no longer resides at his mother's home.  ECF No. 35.

The United States does not oppose this motion.

ORDER GRANTING MOTION FOR CHANGE IN RELEASE ADDRESS - 1

**ACCORDINGLY, IT IS ORDERED:**

1. Defendant's Motion for Change in Release Address (**ECF No. 35**) is **GRANTED**.

2. Defendant shall be permitted to resided at his mother's house. No minors may reside in the house, including the rental basement.

DATED October 15, 2020

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION FOR CHANGE IN RELEASE ADDRESS - 2