# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Sergio Bonilla Henriquez | Docket No. | 0980 2:20CR00100-TOR-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Sergio Bonilla Henriquez, who was placed under pretrial release supervision by the Honorable Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 11 day of September 2020, under the following conditions:

<u>**Standard Condition #5**</u>: Defendant shall not possess a firearm, destructive device or other dangerous weapon.

<u>**Additional Condition #22**</u>: Defendant shall not posses or have access or have access to pornography in any form, electronic or otherwise. Defendant shall not access or have access to the internet in any way. Should Defendant obtain employment involving the use of computers or other digital devices, this condition may be revisited.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>**Violation #1**</u>: Sergio Henriquez is alleged to have violated his pretrial release conditions by being in possession of firearms on August 4, 2022.

On September 25, 2020, the pretrial release conditions were reviewed with Mr. Henriquez. Mr. Henriquez acknowledged an understating of the conditions, which included standard condition number 5.

On August 4, 2022, special agents with Homeland Security Investigations (HSI) executed a search warrant at Mr. Henriquez' residence in Quincy, Washington. During the search of Mr. Henriquez' bedroom, agents located two handguns, a Glock 26 and a Glock 19. The Glock 19 had a magazine loaded with ammunition, but did not have an ammunition round in the chamber of the firearm.

<u>**Violation #2**</u>: Sergio Henriquez is alleged to have violated his pretrial release conditions by admitting to viewing child pornography.

On September 25, 2020, the pretrial release conditions were reviewed with Mr. Henriquez. Mr. Henriquez acknowledged an understating of the conditions, which included special condition number 5.

On August 4, 2022, special agents with HSI executed a search warrant at Mr. Henriquez' residence in Quincy, Washington. During the search warrant, Mr. Henriquez was read his Miranda Rights. Post Miranda Mr. Henriquez admitted to special agents he has been viewing child pornography once a week. Agents also located several electronic devices in Mr. Henriquez' bedroom that were capable of accessing the Internet.

Re: Henriquez, Sergio
August 4, 2022
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   August 4, 2022

by   s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/4/2022

Date